IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| EUGENE MARLIN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:23-CV-44(LAG)(AGH) |
| DR. WOODS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

This Order, and the attached pretrial order form, must be carefully read.

This Order and the attached Pretrial Order Form are amended from time to time.

This document includes the latest revisions.

**NOTE: The pages of the Pretrial Order must be numbered**.

1.

A Rule 16 pretrial conference will be held in Albany, Georgia, at 3:00 pm on **April 1, 2026**. The Court requires that lead counsel for each party (or each party unrepresented by counsel) attend the pretrial conference.

2.

This case is set for jury trial to begin on **May 4, 2026 at** 9:00 am.

-2-

3.

The parties are directed to prepare a Proposed Pretrial Order in accordance with the attachment. However, the Proposed Pretrial Order need not be consolidated into a single order. Rather, the Plaintiff will prepare his portion of the Proposed Pretrial Order and the Defendants jointly shall prepare their portion of the Proposed Pretrial Order. Each side shall submit his or their portion of the pretrial order **no later than March 25, 2026** and shall simultaneously serve a copy on all parties. **IN ALL OTHER RESPECTS, the parties shall comply with the attached standard Proposed Pretrial Order.**

4.

**No later than March 27, 2026,** Plaintiff shall send evidence, exhibits list and witness list via mail to 201 W Broad Ave Albany, Georgia 31701, addressed to Marcia Alvarez Benavidez, Courtroom Deputy. Plaintiff shall also provide opposing party with a copy via mail.

5.

**No later than March 27, 2026,** Defense Counsel shall send evidence, exhibits list and witness list to the Courtroom Deputy at marcia_alvarezbenavidez@gamd.uscourts.gov with a copy to opposing party. Evidence should be provided to the courtroom deputy in electronic format. Please review the Court website page regarding courtroom technology http://www.gamd.uscourts.gov/technology.

-3-

6.

If a party intends to use deposition testimony in lieu of live testimony at trial, that party shall send an eTranscript (in ASCII format) of the deposition to Marcia Alvarez Benavidez, Courtroom Deputy **no later than March 25, 2026,** Plaintiff shall send the transcript via mail to 201 W Broad Ave Albany, Georgia 31701, addressed to Marcia Alvarez Benavidez, Courtroom Deputy. Defense Counsel should send the transcript to the Courtroom Deputy at Marcia_AlvarezBenavidez@gamd.uscourts.gov, with a copy to opposing party.

7.

Motions in limine shall be filed **no later than March 18, 2026.** Responses to motions in limine shall be filed no later than **March 25, 2026**. Participants at the pretrial conference should be prepared to discuss the merits of the motions at the pretrial conference.

8.

The parties are advised that affidavits, witness statements, and similar documents containing hearsay are generally not admissible.  Rather, witnesses must appear and testify in court.  **The parties are responsible for making sure any witnesses they intend to call appear for trial.**

9.

The Plaintiff is advised that should he bring contraband into this Court at the pretrial conference or at trial, Plaintiff's case shall be **DISMISSED**.

**SO ORDERED,** this 11th day of September, 2025.

s/Leslie A. Gardner
LESLIE A. GARDNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
